# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 17, 2020

Lyle W. Cayce
Clerk

No. 19-60258
Summary Calendar

DEWAYNE LEATHERBERRY, Individually, And on Behalf of All Who Are Entitled to Recover under the Wrongful Death and Survival Statute for the Death of Ester Thomas, Deceased,

Plaintiff - Appellant

v.

AMERICAN MEDICAL RESPONSE, INCORPORATED; JOHN DOE; JOHN DOE ENTITIES,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:18-CV-18

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.